UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

LUIS PADILLA                                                                   :

                 Plaintiff,                                    :

                                        :

      -against-                                                          :

                                          :

BANK OF AMERICA, N.A., INC., UNIVERSAL AMERICAN          :
MORTGAGE COMPANY. LLC, UNIVERSAL AMERICAN               :  Case No. 11-CV-0709 (KAM) (LB)
MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL            :
PROPERTY LENDERS. LENNAR HOMES, INC.,                  :  **<u>CERTIFICATE OF SERVICE</u>**
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS,             :
INC., BRITE INVESTMENT REALTY F/K/A ERA BRIGHT        :
INVESTMENT REALTY, INC., FIDELITY NATIONAL TITLE      :
COMPANY,                                               :
"XYZ, CORP."(SAID NAME BEING FICTITIOUS, IT BEING     :
THE INTENTION OF PLAINTIFF TO DESIGNATE ANY           :
PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING     :
OR CLAIMING AN INTEREST OR LIEN UPON THE              :
MORTGAGE PREMISES,                                     :

                       Defendants.                                  :

-------------------------------------------------------------------------------x

       I, Eli R. Mattioli, hereby certify that on the 14th day of March, 2011, I caused true and correct

copies of **(i) Notice of Appearance (docket entry no. 3) and (ii) Letter Motion for Extension of**

**Time to File Answer (docket entry no. 4)** to be served by First Class mail, addressed to:

David A. Bellon, Esq.
The Law Firm of Jeffrey Galperin
148-03A Hillside Avenue
Jamaica, New York 11435
*Attorneys for Plaintiff Luis Padilla*

Dated: March 14, 2011

                            K&L GATES LLP
                            <u> Eli R. Mattioli         </u>
                            Eli R. Mattioli (EM-1329)
                            599 Lexington Avenue
                            New York, New York 10022-6030
                            Email:  Eli.Mattioli@klgates.com
                            Telephone: 212-536-3900
                            Facsimile: 212-536-3901

                            *Attorneys for Defendants*
                            *Universal American Mortgage Company LLC,*
                            *Universal American Mortgage Company of*
                            *California and Lennar Homes, Inc.*