UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
LUIS PADILLA,

                            Plaintiff,                        Index No. 11-0709 (KAM) (LB)

     v.

BANK OF AMERICA, N.A., INC., UNIVERSAL AMERICAN
MORTGAGE COMPANY, LLC, UNIVERSAL AMERICAN          NOTICE OF APPEARANCE
MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL
PROPERTY LENDERS, LENNAR HOMES INC., MORTGAGE
ELECTRONIC REGISTRATIONS SYSTEMS, INC., BRITE
INVESTMENT REALTY F/KA ERA BRIGHT INVESTMENT
REALTY, INC., FIDELITY NATIONAL TITLE COMPANY, "XYZ,
CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE
INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES,
CORPORATIONS OR ENTITIES, IF ANY, HAVING OR
CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE
PREMISES,

                            Defendants.
------------------------------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Bank of America, N.A., Inc. and Mortgage Electronic Registrations Systems, Inc. in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: New York, New York
         March 24, 2011

                                                                BRYAN CAVE LLP

                                                                By  /s/ Scott H. Kaiser
                                                                      Scott H. Kaiser
                                                             1290 Avenue of the Americas
                                                             New York, New York  10104
                                                             212-541-2000
                                                             scott.kaiser@bryancave.com

                                                             *Attorneys for Defendants Bank of America, N.A.,*
                                                             *Inc. and Mortgage Electronic Registrations*
                                                            *Systems, Inc.*