UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LUIS PADILLA,                                                :
                                Plaintiff,                   :
    v.                                                       :
BANK OF AMERICA, N.A., INC., UNIVERSAL                       :
AMERICAN MORTGAGE COMPANY, LLC,                                  Index No. 11-0709 (KAM) (LB)
UNIVERSAL AMERICAN MORTGAGE COMPANY :
OF CALIFORNIA, RESIDENTIAL PROPERTY                              **AFFIDAVIT OF SERVICE**
LENDERS, LENNAR HOMES INC., MORTGAGE                         :
ELECTRONIC REGISTRATIONS SYSTEMS, INC.,
BRITE INVESTMENT REALTY F/KA ERA BRIGHT :
INVESTMENT REALTY, INC., FIDELITY                            :
NATIONAL TITLE COMPANY, "XYZ, CORP."
(SAID NAME BEING FICTITIOUS, IT BEING THE                    :
INTENTION OF PLAINTIFF TO DESIGNATE ANY
PARTIES, CORPORATIONS OR ENTITIES, IF                        :
ANY, HAVING OR CLAIMING AN INTEREST OR
LIEN UPON THE MORTGAGE PREMISES,                             :
                                Defendants.                  :
------------------------------------------------------------ x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )


    **PATRICIA ACKERMAN**, being duly sworn, deposes and says:

    1. I am not a party to the within action. I am over 18 years of age and reside in New York, New York.

    2. That on March 25, 2011, I served the within **NOTICE OF APPEARANCE** upon:

**THE LAW FIRM OF JEFFREY GALPERIN**
David Bellon, Esq.
148-03A Hillside Avenue
Jamaica, NY 11435

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in a post office or an official

depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
PATRICIA ACKERMAN

Sworn to before me this
25th day of March, 2011

_____
NOTARY PUBLIC

JEAN KELLER
Notary Public, State of New York
No. 01KE4771140
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Oct. 31, 2014

2

C074810/0319857/1619753.1