UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LUIS PADILLA,

                  Plaintiff,

     v.

BANK OF AMERICA, N.A., INC., UNIVERSAL AMERICAN
MORTGAGE COMPANY, LLC, UNIVERSAL AMERICAN
MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL
PROPERTY LENDERS, LENNAR HOMES INC.,
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS,
INC., BRITE INVESTMENT REALTY F/KA ERA BRIGHT
INVESTMENT REALTY, INC., FIDELITY NATIONAL TITLE
COMPANY, "XYZ, CORP." (SAID NAME BEING
FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO
DESIGNATE ANY PARTIES, CORPORATIONS OR
ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST
OR LIEN UPON THE MORTGAGE PREMISES,

                  Defendants.
-----------------------------------------------------------------x

Index No. 11-0709 (KAM) (LB)

**STIPULATION AND ORDER**

The undersigned attorneys hereby STIPULATE and AGREE that the time for defendants Bank of America, N.A., Inc. and Mortgage Electronic Registrations Systems, Inc. to answer, make a motion with respect to, or otherwise respond to the complaint in this action is extended up to and including April 15, 2011. This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail.

**{Remainder of Page Intentionally Left Blank}**

1

C074810/0319857/1620123.1

Dated: New York, New York
March 29, 2011.

THE LAW FIRM OF JEFFREY GALPERIN

By: _____
David A. Bellon, Esq.
148-03A Hillside Avenue
Jamaica, New York 11435
(347) 561-3447

*Attorneys for Plaintiff Luis Padilla*

BRYAN CAVE LLP

By: _____
Scott H. Kaiser, Esq.
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants Bank of America, N.A., Inc. and Mortgage Electronic Registrations Systems, Inc.*

SO ORDERED:

_____
Judge Kiyo A. Matsumoto
United States District Judge