UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
LUIS PADILLA,                                                   :
                                                                :
                                   Plaintiff,                   :
                                                                :
          v.                                                    :
                                                                :
BANK OF AMERICA, N.A., INC., UNIVERSAL                          :
AMERICAN MORTGAGE COMPANY, LLC,                                 :     Index No. 11-0709 (KAM) (LB)
UNIVERSAL AMERICAN MORTGAGE COMPANY                             :
OF CALIFORNIA, RESIDENTIAL PROPERTY                             :     **AFFIDAVIT OF SERVICE**
LENDERS, LENNAR HOMES INC., MORTGAGE                            :
ELECTRONIC REGISTRATIONS SYSTEMS, INC.,                         :
BRITE INVESTMENT REALTY F/KA ERA BRIGHT                         :
INVESTMENT REALTY, INC., FIDELITY                               :
NATIONAL TITLE COMPANY, "XYZ, CORP."                            :
(SAID NAME BEING FICTITIOUS, IT BEING THE                       :
INTENTION OF PLAINTIFF TO DESIGNATE ANY                         :
PARTIES, CORPORATIONS OR ENTITIES, IF                           :
ANY, HAVING OR CLAIMING AN INTEREST OR                          :
LIEN UPON THE MORTGAGE PREMISES,                                :
                                                                :
                                   Defendants.                  :
--------------------------------------------------------------- x

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )


**REGINE VOLEL**, being duly sworn, deposes and says:

1. I am not a party to the within action. I am over 18 years of age and reside in Nassau County, New York.

2. That on April 15, 2011, I served the within **(i) Pre-Motion Letter from Scott H. Kaiser to Hon. Kiyo A. Matsumoto, (ii) Notice of Appearance, and (iii) Rule 7.1 Statement** upon:

**THE LAW FIRM OF JEFFREY GALPERIN**
David Bellon, Esq.
148-03A Hillside Avenue
Jamaica, NY 11435

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in a post office or an official

depository under the exclusive care and custody of the United States Postal Service within New York State.

*/s/ Regine Volel*
REGINE VOLEL

Sworn to before me this
15th day of April, 2011

*/s/ Diane A. Myers*
NOTARY PUBLIC

DIANE A. MYERS
Notary Public, State of New York
No. 01MY5056895
Qualified in Westchester County
Commission Expires on March 11, 2014

2