# AFFIDAVIT OF SERVICE

## United States DISTRICT COURT

**EASTERN**        **DISTRICT**        **NEW YORK**

### CASE# CV11- 0709

**Plaintiff/Petitioner:** LUISPADILLA

--- Vs ---

**Defendant/Respondent:** BANK OF AMERICA, N.A. AS SUCCESOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC, UNIVERSAL AMERICAN MORTGAGE COMPANY,LLC UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL PROPERTY LENDERS, LENAR HOMES INC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, BRITE INVESTMENT REALTY F/KA ERA BRITE INVESTMENT REALITY INC, FIDELITY NATIONAL TITLE COMPANY,

"XYZ, CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE PREMISES.

I, ALAN H BERNSTEIN being duly sworn depose and says that: I am a Licensed Process Server. I am not a party to this action. I am over (18) eighteen years of age and reside in the State of New York.

On 4/11/11 at 11:40AM I served (RESIDENTIAL PROPERTY LENDERS) at DIVISION OF CORPORTION- P.O. BOX 6327, TALAHASE FLORIDA 32314 – ATTENTION: SERVICE OF PROCESS  within Notice, **COMPLAINT AND SUMMONS IN A CIVIL CASE – CASE # CV11-0709**, on (SECRETARY OF STATE OF FLORIDA) DEFENDANT, therein named CORPORATION: By delivering a true copy of each to said AGENT for BUSINESS.

**COMMENTS:** PER PHONE CONVERSATION WITH OFFICE OF SECRETARY OF STATE IN FLORIDA, THEY STATED THEY WERE AUTHORIZED TO RECEIVE ABOVE DOCUMENTS # CV11-0709
SENT BY USPS CONFORMATION # 03102640000054817531

_Alan H Bernstein_
Alan H Bernstein Lic. # 1348991

On this 11th day of April 2011, before me personally came Alan H Bernstein, to be known and known to me as the individual described in and who, in his/her respective capacities, executed the foregoing document and acknowledged to me that s/he, _____, executed the same.

Paul Steinberg
Notary Public, State of New York
No. 02ST6084926
Qualified in New York County
Comm. Expires 08/11/2011

# AFFIDAVIT OF SERVICE

## United States DISTRICT COURT
**EASTERN**            **DISTRICT**            **NEW YORK**
### CASE# CV11- 0709

**Plaintiff/Petitioner: LUIS PADILLA**
--- Vs ---
**Defendant/Respondent: BANK OF AMERICA, N.A. AS SUCCESOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC, UNIVERSAL AMERICAN MORTGAGE COMPANY,LLC UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL PROPERTY LENDERS, LENAR HOMES INC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, BRITE INVESTMENT REALTY F/KA ERA BRITE INVESTMENT REALITY INC, FIDELITY NATIONAL TITLE COMPANY,**

"XYZ, CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE PREMISES.

I, ALAN H BERNSTEIN being duly sworn depose and says that: I am a Licensed Process Server. I am not a party to this action. I am over (18) eighteen years of age and reside in the State of New York.

On 4/11/11 at 11:45AM I served (UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFONIA-{IN MAIMI}) at DIVISION OF CORPORTION- P.O. BOX 6327, TALAHASE FLORIDA 32314 – ATTENTION: SERVICE OF PROCESS within Notice, **COMPLAINT AND SUMMONS IN A CIVIL CASE – CASE # CV11-0709**, on (SECRETARY OF STATE OF FLORIDA) DEFENDANT, therein named CORPORATION: By delivering a true copy of each to said AGENT for BUSINESS.

**COMMENTS:** PER PHONE CONVERSATION WITH OFFICE OF SECRETARY OF STATE IN FLORIDA, THEY STATED THEY WERE AUTHORIZED TO RECEIVE ABOVE DOCUMENTS # CV11-0709 SENT BY USPS CONFORMATION # 03102640000054817531

_____
Alan H Bernstein Lic. # 1348991

On this 11th day of April 2011, before me personally came Alan H. Bernstein, to be known and known to me as the individual described in and who, in his/her respective capacities, executed the foregoing document and acknowledged to me that s/he, _____, executed the same.

_____
Paul Steinberg
Notary Public, State of New York
No. 02ST6084926
Qualified in New York County
Comm. Expires 08/11/2011

# AFFIDAVIT OF SERVICE

## United States DISTRICT COURT
**EASTERN**          **DISTRICT**          **NEW YORK**

### CASE# CV11- 0709

**Plaintiff/Petitioner:** LUISPADILLA

--- Vs ---

**Defendant/Respondent:** BANK OF AMERICA, N.A. AS SUCCESOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC, UNIVERSAL AMERICAN MORTGAGE COMPANY,LLC UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL PROPERTY LENDERS, LENAR HOMES INC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, BRITE INVESTMENT REALTY F/KA ERA BRITE INVESTMENT REALITY INC, FIDELITY NATIONAL TITLE COMPANY,

"XYZ, CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE PREMISES.

I, ALAN H BERNSTEIN being duly sworn depose and says that: I am a Licensed Process Server. I am not a party to this action. I am over (18) eighteen years of age and reside in the State of New York.

On 4/11/11 at 11:25AM I served (FIDELITY NATIONAL TITLE COMPANY) at DIVISION OF CORPORTION- P.O. BOX 6327, TALAHASE FLORIDA 32314 – ATTENTION: SERVICE OF PROCESS within Notice, **COMPLAINT AND SUMMONS IN A CIVIL CASE – CASE # CV11-0709**, on (SECRETARY OF STATE OF FLORIDA) DEFENDANT, therein named CORPORATION: By delivering a true copy of each to said AGENT for BUSINESS.

**COMMENTS:** PER PHONE CONVERSATION WITH OFFICE OF SECRETARY OF STATE IN FLORIDA, THEY STATED THEY WERE AUTHORIZED TO RECEIVE ABOVE DOCUMENTS # CV11-0709
SENT BY USPS CONFORMATION # 03102640000054817531

_____
Alan H Bernstein Lic. # 1348991

On this 11th day of April 2011, before me personally came Alan H Bernstein, to be known and known to me as the individual described in and who, in his/her respective capacities, executed the foregoing document and acknowledged to me that s/he, _____, executed the same.

Paul Steinberg
Notary Public, State of New York
No. 02ST6084926
Qualified in New York County
Comm. Expires 08/11/2011

## AFFIDAVIT OF SERVICE

## United States DISTRICT COURT
**EASTERN            DISTRICT            NEW YORK**
### CASE# CV11- 0709

**Plaintiff/Petitioner:** LUISPADILLA
--- Vs ---

**Defendant/Respondent:** BANK OF AMERICA, N.A. AS SUCCESOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC, UNIVERSAL AMERICAN MORTGAGE COMPANY,LLC UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL PROPERTY LENDERS, LENAR HOMES INC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, BRITE INVESTMENT REALTY F/KA ERA BRITE INVESTMENT REALITY INC, FIDELITY NATIONAL TITLE COMPANY,

"XYZ, CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE PREMISES.

I, ALAN H BERNSTEIN being duly sworn depose and says that: I am a Licensed Process Server. I am not a party to this action. I am over (18) eighteen years of age and reside in the State of New York.

On 4/11/11 at 11:30AM  I served (LENAR HOMES INC.) at DIVISION OF CORPORTION- P.O. BOX 6327, TALAHASE FLORIDA 32314 – ATTENTION: SERVICE OF PROCESS  within Notice, **COMPLAINT AND SUMMONS IN A CIVIL CASE – CASE # CV11-0709**,  on (SECRETARY OF STATE OF FLORIDA) DEFENDANT, therein named CORPORATION: By delivering a true copy of each to said AGENT for BUSINESS.

**COMMENTS:** PER PHONE CONVERSATION WITH OFFICE OF SECRETARY OF STATE IN FLORIDA, THEY STATED THEY WERE AUTHORIZED TO RECEIVE ABOVE DOCUMENTS # CV11-0709
SENT BY USPS CONFORMATION # 03102640000054817531

_Alan H Bernstein_
Alan H Bernstein Lic. # 1348991

On this 11th day of April 2011, before me personally came Alan H. Bernstein, to be known and known to me as the individual described in and who, in his/her respective capacities, executed the foregoing document and acknowledged to me that s/he, _____, executed the same.

_Paul Steinberg_
Notary Public, State of New York
No. 02ST6084926
Qualified in New York County
Comm. Expires 08/11/2011

# AFFIDAVIT OF SERVICE

## United States DISTRICT COURT
## EASTERN DISTRICT NEW YORK
## CASE# CV11- 0709

**Plaintiff/Petitioner:** LUISPADILLA

--- Vs ---

**Defendant/Respondent:** BANK OF AMERICA, N.A. AS SUCCESOR IN INTEREST TO COUNTRYWIDE HOME LOANS, INC, UNIVERSAL AMERICAN MORTGAGE COMPANY,LLC UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL PROPERTY LENDERS, LENAR HOMES INC, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC, BRITE INVESTMENT REALTY F/KA ERA BRITE INVESTMENT REALITY INC, FIDELITY NATIONAL TITLE COMPANY,

"XYZ, CORP." (SAID NAME BEING FICTITIOUS, IT BEING THE INTENTION OF PLAINTIFF TO DESIGNATE ANY PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGE PREMISES.

I, ALAN H BERNSTEIN being duly sworn depose and says that: I am a Licensed Process Server. I am not a party to this action. I am over (18) eighteen years of age and reside in the State of New York.

On 4/11/11 at 11:35AM I served (BRITE INVESTMENT REALTY, F/K/A ERA BRIGHT INVESTMENT REALTY INC.) at DIVISION OF CORPORTION- P.O. BOX 6327, TALAHASE FLORIDA 32314 – ATTENTION: SERVICE OF PROCESS within Notice, **COMPLAINT AND SUMMONS IN A CIVIL CASE – CASE # CV11-0709**, on (SECRETARY OF STATE OF FLORIDA) DEFENDANT, therein named CORPORATION: By delivering a true copy of each to said AGENT for BUSINESS.

**COMMENTS:** PER PHONE CONVERSATION WITH OFFICE OF SECRETARY OF STATE IN FLORIDA, THEY STATED THEY WERE AUTHORIZED TO RECEIVE ABOVE DOCUMENTS # CV11-0709
SENT BY USPS CONFORMATION # 03102640000054817531

_____
Alan H Bernstein Lic. # 1348991

On this 11th day of April 2011, before me personally came Alan H Bernstein, to be known and known to me as the individual described in and who, in his/her respective capacities, executed the foregoing document and acknowledged to me that s/he, _____, executed the same.

Paul Steinberg
Notary Public, State of New York
No. 02ST6084926
Qualified in New York County
Comm. Expires 08/11/2011