UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LUIS PADILLA                                            :
                Plaintiff,                         :
                                                                    :
       -against-                                     :
                                                                    :
BANK OF AMERICA, N.A., INC., UNIVERSAL AMERICAN         :
MORTGAGE COMPANY. LLC, UNIVERSAL AMERICAN               :   Case No. 11-CV-0709 (KAM) (LB)
MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL             :
PROPERTY LENDERS, LENAR HOMES, INC.,                    :   **NOTICE OF APPEARANCE**
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS,              :
INC., BRITE INVESTMENT REALTY F/K/A ERA BRIGHT          :
INVESTMENT REALTY, INC., FIDELITY NATIONAL TITLE        :
COMPANY,                                                :
"XYZ, CORP."(SAID NAME BEING FICTITIOUS, IT BEING       :
THE INTENTION OF PLAINTIFF TO DESIGNATE ANY             :
PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING       :
OR CLAIMING AN INTEREST OR LIEN UPON THE                :
MORTGAGE PREMISES,                                      :
                Defendants.                        :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Marc A. Rogovin hereby enters his appearance in this action as counsel for Defendants Universal American Mortgage Company LLC, Universal American Mortgage Company of California and Lennar Homes, Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
       April 26, 2011

                                                 Respectfully submitted,

                                               K&L GATES LLP

                                               By:_____
                                                  Marc A. Rogovin

                                             599 Lexington Avenue
                                             New York, New York 10022-6030
                                             Email: marc.rogovin@klgates.com
                                             Phone: (212) 536-3900
                                             Fax: (212) 536-3901
                                             Counsel for Defendants
                                             Universal American Mortgage Company LLC
                                             Universal American Mortgage Company of California
                                             and Lennar Homes, Inc.

NY-874768 v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
LUIS PADILLA                                  :
                        Plaintiff,        :
                                          :
        -against-                         :
                                          :
BANK OF AMERICA, N.A., INC., UNIVERSAL AMERICAN     :
MORTGAGE COMPANY. LLC, UNIVERSAL AMERICAN           : Case No. 11-CV-0709 (KAM) (LB)
MORTGAGE COMPANY OF CALIFORNIA, RESIDENTIAL         :
PROPERTY LENDERS, LENAR HOMES, INC.,                : **CERTIFICATE OF SERVICE**
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS,          :
INC., BRITE INVESTMENT REALTY F/K/A ERA BRIGHT      :
INVESTMENT REALTY, INC., FIDELITY NATIONAL TITLE    :
COMPANY,                                            :
"XYZ, CORP."(SAID NAME BEING FICTITIOUS, IT BEING   :
THE INTENTION OF PLAINTIFF TO DESIGNATE ANY         :
PARTIES, CORPORATIONS OR ENTITIES, IF ANY, HAVING   :
OR CLAIMING AN INTEREST OR LIEN UPON THE            :
MORTGAGE PREMISES,                                  :
                        Defendants.        :
----------------------------------------------------------------------x

       I, Marc A. Rogovin, hereby certify that on the 26th day of April, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be sent via FedEx addressed to:

David A. Bellon, Esq.
The Law Firm of Jeffrey Galperin
148-03A Hillside Avenue
Jamaica, New York 11435
*Attorneys for Plaintiff Luis Padilla*

Dated: April 26, 2011

K&L GATES LLP

_____
Marc A. Rogovin
599 Lexington Avenue
New York, New York 10022-6030
Email: marc.rogovin@klgates.com
Telephone: 212-536-3900
Facsimile: 212-536-3901

*Attorneys for Defendants
Universal American Mortgage Company LLC,
Universal American Mortgage Company of
California and Lennar Homes, Inc.*

NY-874848 v1