UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
LUIS PADILLA,                              :
         *Plaintiff,*                :
:
   -against-                              :
:                    **ORDER**
BANK OF AMERICA, N.A., INC.,               :
UNIVERSAL AMERICAN MORTGAGE                :    11-CV-709 (KAM) (LB)
COMPANY, LLC,                              :
UNIVERSAL AMERICAN MORTGAGE                :
COMPANY CALIFORNIA,                        :
RESIDENTIAL PROPERTY LENDERS,              :         FILED
LENNAR HOMES, INC.,                        :   IN CLERK'S OFFICE
MORTGAGE ELECTRONIC REGISTRATIONS          :  US DISTRICT COURT E.D.N.Y.
SYSTEMS, INC.,                             :
BRITE INVESTMENT REALTY, and               :    ★ MAY 1 6 2011 ★
FIDELITY NATIONAL TITLE COMPANY            :
         *Defendants.*              :      BROOKLYN OFFICE
:
------------------------------------------------------------x

KIYO A. MATSUMOTO, United States District Judge:

       WHEREAS the court has reviewed two letters, respectively from (1) defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc., dated 4/15/11 (ECF No. 12), and (2) defendants Universal American Mortgage Company, LLC, Universal American Mortgage Company of California and Lennar Homes, Inc., addressed to Judge Bloom, also dated 4/15/11 (ECF No. 14); and

       WHEREAS on April 20, 2011, the court ordered plaintiff to: (1) file affidavits of service demonstrating that service of process was effected on defendants Brite Investment Realty, Fidelity National Title Company and Residential Property Lenders; and (2) respond to the letters described above; and

       WHEREAS plaintiff has not responded as ordered by the court, nor has plaintiff's counsel responded to multiple telephone message left by the court's clerk; and

WHEREAS the court has construed the letters from defendants Bank of America N.A., Mortgage Electronic Registration Systems, Inc., and Universal American Mortgage Company, LLC, Universal American Mortgage Company of California and Lennar Homes, Inc. as motions to transfer venue to the Southern District of Florida;

IT IS HEREBY ORDERED that pursuant to Title 28 United States Code Section 1404(a), and for the reasons described in defendants' submissions, which plaintiff failed to oppose despite the court's order to do so, establishing that all of the transactions giving rise to the instant suit occurred in Florida and that, except for plaintiff whose complaint alleges that he resides in the Eastern District of New York, the witnesses and relevant documents are located in Florida, the court finds that transfer to the Southern District of Florida is proper "for the convenience of parties and witnesses" and "in the interest of justice"; and

IT IS FURTHER ORDERED that the Clerk of Court shall transfer this action to the Southern District of Florida.

Dated: Brooklyn, New York
       May 15, 2010

                                              s/Kiyo A. Matsumoto
                                           **KIYO A. MATSUMOTO**
                                           United States District Judge
                                           Eastern District of New York